PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Frank Aiello  Cr.: 18-00600-001
PACTS #: 5461233

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/16/2019

Original Offense:   Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349

Original Sentence: 6 months imprisonment, 36 months supervised release

Special Conditions: Location Monitoring Program (6 Months), Alcohol Testing and Treatment, Financial Disclosure, and New Debt Restrictions.

Type of Supervision: Supervised Release  Date Supervision Commenced: 08/11/2020

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Belgrade, Serbia from August 20 to August 31, 2022 to join his employer on a vacation. They will be visiting his employer's family during this trip. He will be traveling with Predrag Sarcev, the owner of Sky Contracting, who is also paying for this trip. Aiello will provide all flight and hotel information once approval is given, and the trip is booked.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Aiello reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Aiello has maintained stable residence and is employed with Sky Contracting in Clifton, New Jersey. On October 22, 2019, Aiello satisfied his special assessment. He is in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:  DANA HAFNER
Senior U.S. Probation Officer

/ kam
PREPARED BY:

*Kelly A. Maciel*          06/24/2022
KELLY A. MACIEL            Date
U.S. Probation Technician

Prob 12A – page 2
Frank Aiello

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Travel Approved

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

June 27, 2022
Date